**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAMES C. ZEDAKER, SR.,**

**Plaintiff,**

**v.** **Case No. 8:25-cv-3309-SDM-AAS**

**FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, et al.,**

**Defendants.**
**___________________________________/**

# ORDER

Plaintiff James C. Zedaker, Sr. moves for an order compelling Defendants Florida State University Board of Trustees, Richard McCullough, Sally McRorie, James Clark, Amber Wagner, Michelle Douglas, and Lisa Scoles to serve their mandatory Rule 26(a)(1) initial disclosures. (Doc. 34). Despite being directed to respond to the motion, the defendants did not respond.[1] (*See* Doc. 36).

Under Federal Rule of Civil Procedure 26(a)(1)(C), a party must make initial disclosures at or within 14 days after the parties' Rule 26(f) conference, unless a different time is set by stipulation or court order, or unless a party

[1] *See* Local Rule 3.01(d), M.D. Fla. ("A party may respond to a motion within fourteen days after service of the motion . . . If a party fails to timely respond, the motion is subject to treatment as unopposed.").

objects during the conference that initial disclosures are not appropriate. The parties agreed in the Case Management Report that Rule 26(a)(1) initial disclosures were due June 26, 2026. (Doc. 33, p. 2). Although the court dismissed Mr. Zedaker's complaint with leave to amend, no party requested an extension of time to provide initial disclosures. (*See* Doc. 35). Indeed, the motions to dismiss were filed prior to the parties' agreed-upon initial disclosure deadline. (*See* Docs. 24, 25, 33).

Accordingly, it is **ORDERED** that Mr. Zedaker's motion to compel initial disclosures (Doc. 37) is **GRANTED.** Defendants Florida State University Board of Trustees, Sally McRorie, Amber Wagner, and Michelle Douglas's initial disclosures are due by **August 13, 2026**.[2]

**ORDERED** in Tampa, Florida, on August 3, 2026.

Amanda Arnold Sansone

AMANDA ARNOLD SANSONE
United States Magistrate Judge

[2] Defendants Richard McCullough, James Clark, and Lisa Scoles are no longer defendants. (*See* Doc. 37).